AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| EFRAIM M ZWEIGENHAFT<br><br>*Plaintiff(s)*<br>v.<br>SECURITY CREDIT SYSTEMS, INC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. CV 12 - 6352<br>)<br>) WEINSTEIN, J.<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

SCANLON, M.J.

To: *(Defendant's name and address)*

    Security Credit Systems, Inc.
    Theatre Place
    622 Main Street, Suite 301, Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David Palace, ESQ
    383 Kingston Ave. #113
    Brooklyn, New York 11213
    347-651-1077

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: DEC 26 2012

*Signature of Clerk or Deputy Clerk*